## Commonwealth *v.* Singletary, Appellant.

Submitted June 16, 1975. *Mead S. Spurio*, for appellant; *Francis C. Barbieri, Jr., Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted June 16, 1975. *George Newman* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *Francis C. Barbieri, Jr., Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.